UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JEFFREY ANDERSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:15-cv-01522 |
| | ) | CHIEF JUDGE CRENSHAW |
| HAZEL A. BURLEY and SASSY ANNE'S, LLC d/b/a BAGEL FACE BAKERY, LLC, | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 62.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, this action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for Anderson's failure to prosecute and failure to comply with the Court's orders. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE